Case 2:13-mj-00901-CWH Document 7 Filed 11/13/13 Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

RECEIVED
FILED ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 13 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States of America
v.
Paul Sloane Davis
*Defendant*

Case No. 2:13-mj-901-CWH

Charging District: No. Dist of CA

Charging District's Case No. CR 13-720-CRB

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 450 Golden Gate Ave San Francisco, CA 94102 | Courtroom No.: F 15th Floor |
| | Date and Time: November 26, 2013, 9:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Nov. 13, 2013

*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*