DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:13-mj-00901-CWH |
| Plaintiff, | ) |
| | ) **ORDER TO UNSEAL CASE** |
| vs. | ) |
| | ) |
| DIANE COBB, and | ) |
| PAUL SLOANE DAVIS, | ) |
| | ) |
| Defendants. | ) |

    Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Minutes of Proceedings entered on November 13, 2013 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

    DATED this 15th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2